# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 3, 2015

## NO. 03-14-00384-CV

**City of Killeen, Appellant**

**v.**

**Barbara Gonzales, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on May 30, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment granting City of Killeen's plea to the jurisdiction and dismissing Gonzales's lawsuit with prejudice. Gonzales shall pay all costs relating to this appeal, both in this Court and the court below.